083061.0347(207)　　　　　　　　RMC:lab　　　　　　　　　　　　　　#397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 21-cv-4500 |
| v. | )<br>) Chief Judge Rebecca R. Pallmeyer<br>)<br>) Mag. Judge Jeffrey Cole |
| WILDBERRY PANCAKES & CAFÉ III, Inc., an Illinois corporation, DAISY GABRIEL, JASMINE SAADEH, JADE VALLEJO, and JIHAD ABDALLAH, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

Now comes the Plaintiff, State Automobile Mutual Insurance Company, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and hereby asks this Honorable Court to voluntarily dismiss this action without prejudice, with each party to bear its own costs, as the action has been rendered moot as Defendant Wildberry Pancakes & Café III, Inc. by letter dated December 12, 2021 withdrew its tender of defense to State Automobile Mutual Insurance Company.

WHEREFORE, the Plaintiff, State Automobile Mutual Insurance Company, respectfully asks the Court to voluntarily dismiss this action as moot, without prejudice, and with each party to bear its own costs, and to deny any pending motion as moot.

Respectfully submitted:

s/ Robert Marc Chemers
Robert Marc Chemers
Bar No. 0431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:              (312) 346-8242
E-Mail:  rchemers@pretzelstouffer.com
*Attorneys for Plaintiff*