# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

State Automobile Mutual Insurance Company

                                    Plaintiff,

v.                                                                   Case No.: 1:21−cv−04500

                                                                        Honorable Rebecca R. Pallmeyer

Wildberry Pancakes & Cafe III, Inc., et al.

                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 15, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion to dismiss [23] is granted. All pending deadlines, hearings and motions are terminated as moot. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.