083061.0347(207)　　　　　　　　RMC:lab　　　　　　　　　　　　　　　#397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | No. 21-cv-4500 |
| v. | ) ) ) | Chief Judge Rebecca R. Pallmeyer |
| **WILDBERRY PANCAKES & CAFÉ III, Inc., an Illinois corporation, DAISY GABRIEL, JASMINE SAADEH, JADE VALLEJO, and JIHAD ABDALLAH,** | ) ) ) ) ) ) | Mag. Judge Jeffrey Cole |
| Defendants. | ) ) | |

## ORDER

This cause coming on to be heard on motion of the Plaintiff, due notice having been given, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that pursuant to the Motion of Plaintiff State Automobile Mutual Insurance Company the Order of December 15, 2021 (Doc. 24) is amended to reflect that the case is dismissed without prejudice, as moot, with each party to bear its own costs, and that the action is terminated.

_____
**REBECCA R. PALLMEYER**
**United States District Judge**